No. 90–414.  KHAN v. JENKINS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–416.  DiLEO ET UX. v. ERNST & YOUNG.  C. A. 7th Cir.  Certiorari denied.

No. 90–419.  DOE v. BOROUGH OF CLIFTON HEIGHTS, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–421.  BENSON v. ALLY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–423.  RODIN, INDIVIDUALLY, AND AS SUCCESSOR OF RODIN, ET AL. v. SALZMAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF GOLDEN, DECEASED.  C. A. 11th Cir.  Certiorari denied.

No. 90–424.  J. J. BLONIEN & ASSOCIATES, INC., ET AL. v. COMMUNITY NEWSPAPERS, INC., ET AL.  Ct. App. Wis.  Certiorari denied.

No. 90–427.  GREENE v. TOWN BOARD OF WARRENSBURG ET AL.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 90–428.  CHITWOOD ET UX. v. McLEMORE, TRUSTEE IN BANKRUPTCY FOR CIRCLE W. DAIRY FARMS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–430.  SHELTON v. GREATER CLEVELAND REGIONAL TRANSIT AUTHORITY.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 90–441.  PYBURN ENTERPRISES, INC. v. BIRD, AS TRUSTEE FOR NORTHWEST FINANCIAL EXPRESS, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–445.  WINBURN v. BENNINGTON-RUTLAND SUPERVISORY UNION.  C. A. 2d Cir.  Certiorari denied.

No. 90–448.  FORD MOTOR CO. ET AL. v. MAHNE.  C. A. 6th Cir.  Certiorari denied.